FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
8/20/2019 12:09 PM
JAMIE SMITH
DISTRICT CLERK
E-204314

CAUSE NO. _____

| | | |
|---|---|---|
| GENE R. MESSER | § | IN THE DISTRICT  COURT |
| | § | |
| | § | |
| v. | § | ___ JUDICIAL DISTRCT  COURT |
| | § | |
| | § | |
| PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY OF | § | |
| HARTFORD | § | JEFFERSON  COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION, DEMAND FOR JURY, AND WRITTEN DISCOVERY TO DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, GENE R. MESSER hereinafter called "Plaintiff," complaining of PROPERTY

AND CASUALTY INSURANCE COMPANY OF HARTFORD , hereinafter called "Defendant," and

for cause of action would respectfully show unto the Court the following:

I.
### PARTIES AND RULE 190 DISCOVERY LEVEL

Plaintiff is an individual residing in Jefferson County, Texas. Discovery should be Level III.

Defendant, **PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD** is

a Domestic corporation authorized to engage in  the insurance business in the State of Texas, may be

served by serving its attorney for service of process, **CT Corporation System, 1999 Bryan Street, Ste.**

**900, Dallas, Texas 75201**. Service is requested by certified mail, return receipt requested at this time.

II.

### AGENCY AND *RESPONDEAT SUPERIOR*

Whenever in this petition it is alleged that the Defendant(s) did any act or omission, it is meant

that Defendant(s) or their agents, officers, servants, employees, or representatives did such act

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith  Page 1 of 13

1

or omission, and it was done with the full authorization or ratification of Defendant(s) or done in the normal routine, course and scope of the agency or employment of Defendant(s) or their agents, officers, servants, employees, or representatives.

III.

This suit is brought pursuant to the law of good faith and fair dealing as well as under common law and Chapters 541 and 542 of the Texas Insurance Code and the Texas Deceptive Trade Practices Act. This suit is also brought for breach of contract, and for recovery under a policy of insurance. Plaintiff is a consumer of the Defendant(s), in that he purchased insurance from said entity and/or service to be provided by it. Said Defendant(s) is an "individual corporation, association, partnership, or other legal entity engaged in the business of insurance." Such Defendant(s) constitutes persons as that term is defined in Chapter 541.002 of the Texas Insurance Code.

IV.

Defendant(s), PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, are Plaintiff's homeowners' insurance company. The actions set forth in this complaint were committed by the Defendant(s), or its actual or apparent agents. Plaintiff owns and resides in a dwelling at **2500 Friar Tuck Lane, Groves, Texas 77619.** Defendant(s) provided coverage to the Plaintiff under a Homeowners' policy, for such dwelling, personal property, and other matters under insurance policies described above. During the policy term of said policy, Plaintiff sustained covered losses in the form of storm damage, including but not limited to damage from wind and/or hail and damages resulting therefrom, and Plaintiff promptly and timely and properly reported same to Defendant(s) pursuant to the terms of the insurance policy. **Plaintiff gave timely notice of the facts of loss and Defendant(s) assigned claim number Y93DP21904 for date of loss on or about 08/29/17.**

Defendant PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD assigned JUSTIN GRANATO as the individual adjuster on the claim. Adjuster JUSTIN GRANATO



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith  Page 2 of 13

and those working at his direction conducted a substandard investigation which is evident in the estimate provided and correspondence from Defendant(s) to Plaintiff. JUSTIN GRANATO and those at his direction spent an inadequate amount of time at the subject residence, totaling approximately thirty minutes. No attic inspection was performed and no testing for wind damage to shingle adhesive strips or felt was conducted. As a result, it is evident from his report that he failed to include many of Plaintiff's covered damages which would have been apparent upon proper inspection. Despite obvious storm damage to various portions of the home, JUSTIN GRANATO improperly denied policy benefits by minimizing scope and improperly denying causation. JUSTIN GRANATO misrepresented to Plaintiff that such damage to the Property was not covered under the Policy, even though the damage was caused by a covered occurrence.

JUSTIN GRANATO misrepresented the policy provision in correspondence to the insured in order to misinform Plaintiff and reduce his understanding of his rights under the policy below what was actually covered by the policy. Exclusionary language clearly inapplicable to the loss or claim was cited by JUSTIN GRANATO in order to convince Plaintiff his loss was not covered in whole or in part, when in fact it was a covered loss. As such, Defendants knowingly or recklessly made false representations, as described, as to material facts and/ or knowingly concealed all or part of material information from Plaintiff.

V.

The Plaintiff's home sustained damages caused by the wind/hail peril, including damage to the roof and architectural finishes. Damages include the cost of construction, repairs, and restoration of the home, necessary to repair the damages to Plaintiff's residence. These constituted covered damages under Plaintiff's homeowners' insurance policy with the Defendants, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 3 of 13

VI.

Defendants, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, and its adjusters have had ample opportunity to inspect Plaintiff's property, in connection with Plaintiff's claim for property damage. Defendants knew or should have known that Plaintiff had sustained significant damage to the property, requiring significant repairs as a result of a loss and peril covered by the insurance policies. PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD was also made aware of the need to perform repairs to the damages to Plaintiff's home as a result of the wind and/or hail storm. PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD   knew that a substantial covered loss was owed. Nonetheless, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD   denied, delayed, grossly underpaid, and/or failed to properly investigate some or all of Plaintiff's covered losses with no reasonable basis. PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD   have failed to act promptly or to a good faith investigation. This is bad faith claim delay and/or denial and a violation of Chapters 541 and 542 of the Texas Insurance Code. PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD   violated Article Chapters 541 and 542 of the Texas Insurance Code, and is liable for the actual damages, statutory penalties and attorney's fees provided for therein.

VII.

Despite the fact that all conditions precedent to Plaintiff's recovery have been performed or have occurred, Defendants have failed and refused to pay the Plaintiff a just amount in accordance with their contractual obligations, agreements, and representations. In fact, after such refusals to pay and investigate, Plaintiff was forced to file suit to seek the policy benefits to which he is entitled. PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD   knew that substantial damage had been caused by the loss, and yet refused to investigate most or all of such damages.

VIII.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 4 of 13

Such denials, delays, refusals and/or failures to pay by PROPERTY AND CASUALTY

INSURANCE COMPANY OF HARTFORD was in bad faith, and constitute breaches of the covenant

of good faith and fair dealings, which breaches were a proximate cause of damages to the Plaintiff, more

specifically set forth herein below. There was no reasonable basis for denying, delaying, or failing to

pay or investigate Plaintiff's claims for damage, and PROPERTY AND CASUALTY INSURANCE

COMPANY OF HARTFORD knew or should have known that there was no such reasonable basis to

deny, delay, and fail to pay such claims. Defendant(s) conducted an outcome-oriented investigation

with the intent of either denying or underpaying the claim. The conduct of Defendants, PROPERTY

AND CASUALTY INSURANCE COMPANY OF HARTFORD were irresponsible, unconscionable,

and took advantage of the Plaintiff's lack of sophistication in insurance matters to a grossly unfair

degree. Furthermore, the conduct of Defendant(s), PROPERTY AND CASUALTY INSURANCE

COMPANY OF HARTFORD, amounts to one or more of the following:

(a) not attempting in good faith to effectuate prompt, fair, and equitable settlements of claims submitted in which liability has become reasonably clear in violation of Chapter 542 of the Texas Insurance Code;

(b) refusing to pay claims without conducting a reasonable investigation based upon all available information in violation of Chapter 541 of the Texas Insurance Code;

(c) failing to handle or process the Plaintiff's claims in good faith; in violation of common law as expressly stated by the Texas Supreme Court in *Vail v. Texas Farm Bureau,* 754 S.W.2d 129 at 135 (Tex. 1988);

(d) committing a course of conduct that is unconscionable;

(e) omitting any information or making any false implication or impression that was either misleading or deceptive or had the capacity to be misleading or deceptive in violation of Chapter 541 of the Texas Insurance Code;

(f) refusing to fully pay a claim without a reasonable basis in violation of common law;

(g) delaying full payment of a claim without a reasonable basis in violation of common law;

(h) denying and/or delaying payment of a claim in full without determining whether there is any reasonable basis to do so in violation of common law;

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office



September 11, 2019
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
Jamie Smith Page 5 of 13

(i) representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which they do not;

(j) representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another;

(k) representing than an agreement confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law;

(l) failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed; and

(m) violations of Chapter 541 of the Texas Insurance Code, in that they misrepresented the terms of the policy or other facts.

IX.

As a result of all of such conduct, Plaintiff has been damaged in an amount in excess of the minimum jurisdictional limits of this Court. In addition, the conduct of PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD was committed knowingly, and under circumstances constituting willful and wanton and reckless disregard of the rights of the Plaintiff and others similarly situated. Such conduct of PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD was negligent and tortuous. The conduct of PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD constituted negligent misrepresentation of fact, or actionable fraud. The conduct of PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD proximately caused the injuries and damages to the Plaintiff for which he sues.

X.

All of the conditions precedent to bringing this suit under the policy and to the Defendant(s) liability to the Plaintiff under the policy for the claims alleged have been performed or have occurred.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
September 11, 2019
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
Jamie Smith Page 6 of 13

XI.

Defendants have, by its conduct, breached their contract of insurance with the Plaintiff. Such breach proximately caused damages to the Plaintiff including consequential damages. In addition, Plaintiff is entitled to recover attorney's fees in connection with Plaintiff's contractual causes of action. In addition, as a supplement to such contractual causes of action, each Defendant(s) is liable for the statutory damages and penalties set out in Chapter 542 of the Texas Insurance Code.

XII.

Defendants owe the Plaintiff significant sums for known losses. Further, under the contract of insurance, the Defendants owe the Plaintiff reasonable compensation for additional living expenses because repairs to be performed to his residence and required by the above losses will require that they incur living expenses over and above those normally incurred while residing in the home.

XIII.

The conduct of PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD was knowing and therefore may be subject to liability for additional damages under the Texas Insurance Code, and/or the Texas Deceptive Trade Practices Act, Plaintiff and Plaintiff's attorney are also entitled to attorney's fees in connection with the bringing of this action for breach of contract or under relevant statute. In the alternative, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD conduct was malicious and fraudulent, and therefore, Plaintiff seeks punitive damages.

XIV.

All of the conditions precedent to bringing this suit under the policy and to the Defendant's liability to the Plaintiff under the policy for the claims alleged have been performed or have occurred, or compliance with said notice is excused, or rendered impractical due to the approaching statute of limitations on this matter. More than sixty days prior to the filing of this petition, written demand for

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
Jamie Smith Page 7 of 13

7

payment and notice of complaint pursuant to the Texas Insurance Code, Chapter 541, et seq., was sent to the Defendant(s) , or compliance with said notice is excused.  All notices and proofs of loss were timely and properly given in such manner as to fully comply with the terms and conditions of the relevant insurance policies and applicable law. Plaintiff complied with all terms and conditions of the policy, but his claim was nonetheless not paid in full. *Such refusals to pay waive any further compliance with said policy by Plaintiff and leave him free to sue for those benefits to which he is entitled that were denied or underpaid.* In the alternative, Plaintiff alleges that as to any such terms, conditions, notices, or requirements, the Defendants waived them, the Defendants are estopped from asserting them, and/or the Plaintiff substantially complied with them.  Plaintiff makes the same allegations of waiver or estoppel as to every defense, condition, or exclusion pleaded by the Defendants, and as to each claim for breach of contract or statutory violation as to said Defendants.

XV.

As to any exclusion or endorsement relied upon by the Defendant(s), Plaintiff would show that such is void and does not form a portion of Plaintiff's insurance policy with Defendant(s), PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD.  The reason this is so includes, but is not limited to the following:

(a)     there is no consideration for such exclusion;

(b)     such exclusion or exclusionary endorsement was not delivered with the policy, and hence is of no force and effect;

(c)     such exclusion violates Chapters 541 and 542 of the Texas Insurance Code, and it is void as against public policy;

(d)     such exclusion and its use in this case violates Chapter 541 and 542 of the Texas Insurance Code and is void as against public policy;

(e)     such exclusion violates Chapter 541 and 542 of the Texas Insurance Code and is unconscionable, and is void as against public policy;

(f)     such exclusion is adhesive;



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
Jamie Smith Page 8 of 13

8

(g)     any such exclusion is void as against public policy against creating a forfeiture, or ex post-facto penalty;

(h)     the attachment of such exclusion constitutes bad faith cancellation of a portion of the Plaintiff(s)' policy with Defendant(s) (s). In particular, such cancellation of a portion of Plaintiff(s)' coverage was in violation of the policy contract's own terms and also in violation of Chapter 541 and 542 of the Texas Insurance Code of the Texas Insurance Code. Such exclusion should be declared void, and of no force and effect, and the policy should be reformed to so reflect;

(i)     the clear and unambiguous language of the policy provides coverage for dwelling damage caused by water, including the cost of access to fix any leaking plumbing, system, or appliance.

(j)     In the alternative, any other construction of the language of the policy is void as against public policy;

(k)     In the alternative, should the Court find any ambiguity in the policy, the rules of construction of such policies mandates the construction and interpretation urged by Plaintiff(s);

(l)     In the alternative, Defendant(s) (s) is/are judicially, administratively, or equitably estopped from denying Plaintiff(s)' construction of the policy coverage at issue;

(m)     In the alternative, to the extent that the wording of such policy does not reflect the true intent of all parties thereto, Plaintiff(s) plead(s) the doctrine of mutual mistake requiring reformation.

(n)     Such exclusion or interpretation is void as against public policy and/or in violation of the Texas Insurance Code.

(o)     The clear and ambiguous language of the policy provides coverage for dwelling damage caused by accidental water leakage from a plumbing, heating, or air conditioning system or other appliance, including the cost of access to fix the leaking system, regardless of any other language or exclusion in the policy.

XVI.

Plaintiff asserts all statutory claims, demands, and causes of action assertable under state law

from the pleaded scenario and facts, but only seeks breach of contract and Chapter 542 of the Texas

Insurance Code causes of action against PROPERTY AND CASUALTY INSURANCE COMPANY

OF HARTFORD     at this time for actual damages and attorney's fees Chapter 542 penalties.  Plaintiff

seeks FROM THIS(S)ATRUE COPYAND CASUALTY INSURANCE COMPANY OF HARTFORD actual,



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 9 of 13

additional, exemplary, as well as all other damages and penalties available at law, including loss of the use and enjoyment of the home. The above described acts, omissions, failures and conduct of Defendant has caused Plaintiff damages, which include, without limitation, the cost to properly repair Plaintiff's property and any investigative and engineering fees incurred in the claim. Plaintiff is also entitled to recover consequential damages from Defendant's breach of contract. Plaintiff is also entitled to recover the amount of Plaintiff's claim plus an 18% per annum penalty on that claim against Defendant as damages under Section 542 of the Texas Insurance Code, plus prejudgment interest and attorney's fees. In an effort to comply with Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff seeks only monetary relief of $100,000.00 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees. Furthermore, Plaintiff's' damages do not exceed $75,000.

## XVII. DEMAND FOR JURY

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff herein request a jury trial.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully request this Honorable Court that upon final hearing and trial hereof, this Honorable Court grant to the Plaintiff such relief as to which he may show himself justly entitled, either at law or in equity, either general or special, including judgment against the Defendant(s) for actual damages, attorney's fees, costs of suit, statutory penalties, and prejudgment and post judgment interest, if allowed by law, and including judgment for additional damages and punitive damages under the facts set forth in this or any amended pleading.

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 10 of 13

10

Respectfully submitted,

FURLOW LAW FIRM, PLLC
1032 Central Parkway South
San Antonio Texas 78232
Telephone:    (210) 910.4501
Telecopier:   (210) 910.4513

By:___/s/ *Thomas M. Furlow*_____

THOMAS M. FURLOW
State Bar No. 00784093
THOMAS HERNANDEZ
State Bar No. 09516400
Email: tfurlow@furlowlawfirm.com
ATTORNEYS FOR PLAINTIFF



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith Page 11 of 13

11

## PLAINTIFF'S REQUESTS FOR DISCLOSURE TO DEFENDANT

Pursuant to Texas Rule of Civil Procedure 194, you are hereby requested to disclose, within fifty

(50) days of service of this request, the information or material described in Rule 194.2(a)-(k), as

described below:

(a)     the correct names of the parties to the lawsuits;

(b)     the name, address, and telephone number of any potential parties;

(c)     the legal theories and, in general, the factual basis of Plaintiff's claims;

(d)     the amount and any method of calculating economic damages;

(e)     the name, address and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

(f)     for any testifying expert:

    (1)     the expert's name, address and telephone number;

    (2)     the subject matter on which the expert will testify;

    (3)     the general substance of the expert's mental impressions and opinions and a brief summary of the basis of them, or if the expert is not retained by, employed, or otherwise subject to the control of Plaintiff, documents reflecting such information;

    (4)     if the expert is retained, employed by or otherwise subject to the control of Plaintiff:

        (A)     all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony;

        (B)     the expert's current resume and bibliography;

(g)     any indemnity or insuring agreements;

(h)     any settlement agreements, described in Rule 192.3(g);

(i)     any witness statements, described in Rule 192.3(h);

(j)     all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

(k)     all medical records and bills obtained by the responding party by the responding party by virtue of an authorization furnished by the requesting party.

I.

In accordance with Texas Rule of Civil Procedure 194.3, please serve written responses

within fifty (50) days after service of this request.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 12 of 13

II.

In compliance with Rule 194.4 of the Texas Rules of Civil Procedure, please produce responsive documents to the Furlow Law Firm, PLLC 1032 Central Parkway South, San Antonio Texas 78232.

Respectfully submitted,

FURLOW LAW FIRM, PLLC
1032 Central Parkway South
San Antonio Texas 78232
Telephone:   (210) 910.4501
Telecopier:   (210) 910.4513

By:___/s/ *Thomas M. Furlow*_____
THOMAS M. FURLOW
State Bar No. 00784093
THOMAS HERNANDEZ
State Bar. No. 09516400
Email: tfurlow@furlowlawfirm.com
ATTORNEYS FOR PLAINTIFF

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith Page 13 of 13

13



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**September 11, 2019**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*

Certified Document Number: 2107030 Total Pages: 13

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

‖‖‖‖‖‖‖‖‖‖‖‖
C0204314---00004

Citation by Mailing

# THE STATE OF TEXAS

No. E-0204314

## GENE R MESSER
## VS. PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR

## CITATION BY MAILING

## 172nd JUDICIAL DISTRICT COURT
## of JEFFERSON COUNTY, TEXAS

To: **PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR**
   **BY SERVING THROUGH ITS REG AGENT CT CORPORATION SYSTEM**

by serving at:
**1999 BRYAN STREET**
**SUITE 900**
**DALLAS, TX    75201 0000**

**DEFENDANT:**

NOTICE:

   You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the true expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to:  District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office.  The case is presently pending before the 172nd District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 20th day of August, 2019.  It bears cause number E-0204314 and is styled:

Plaintiff:

   **GENE R MESSER**
VS.

   **PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR**

Defendant:

   The name and address of the attorney for plaintiff (or plaintiff, if pro se) is:

   **FURLOW, THOMAS M, Atty.**
   **9311 SAN PEDRO, SUITE 900**
   **SAN ANTONIO, TX    78216 4466**
   The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) **DEMAND FOR JURY, AND WRITTEN DISCOVERY** accompanying this citation and made a part thereof.

   Issued under my hand and the seal of said court, at Beaumont, Texas, this the 20th day of August, 2019.

                    JAMIE SMITH, DISTRICT CLERK
                    JEFFERSON COUNTY, TEXAS


                    BY *Valencia Simpson*  Deputy


**I CERTIFY THIS IS A TRUE COPY**
**Witness my Hand and Seal of Office**

**September 11, 2019**

**JAMIE SMITH, DISTRICT CLERK**
**JEFFERSON COUNTY, TEXAS**

*Jamie Smith* Page 1 of 2

Valencia

## RETURN OF SERVICE

E-0204314                172nd JUDICIAL DISTRICT COURT

GENE R MESSER

PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE**:
PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR
BY SERVING THROUGH ITS REG AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET
SUITE 900
DALLAS, TX 75201 0000

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation by Mailing at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**

Serving Petition and Copy  $_____

Total                     $_____                _____, Officer

_____, County, Texas

By: _____, Deputy

_____
Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is
        (First, Middle, Last)

_____.
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

**September 11, 2019**

**JAMIE SMITH, DISTRICT CLERK**
**JEFFERSON COUNTY, TEXAS**

Jamie Smith   Page 2 of 2

DISTRICT CLERK OF JEFFERSON COUNTY · TEXAS



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**September 11, 2019**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith

Certified Document Number: 2107047 Total Pages: 2

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated  documents are valid. If there is a question regarding the validity of this document and or seal  please e-mail districtclerk@co.jefferson.tx.us**

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
8/20/2019 12:09 PM
JAMIE SMITH
DISTRICT CLERK
E-204314

JAMIE SMITH
JEFFERSON COUNTY DISTRICT CLERK
1085 PEARL STREET, ROOM 203, BEAUMONT,TX 77701

# REQUEST FOR PROCESS
All sections <u>must</u> be completed for processing this request.

Section 1:
Cause No. _____          Date ___8/20/19_____

Style:

Gene R. Messer

VS

Property and Casualty Insurance Company of Hartford

Section 2:
Check Process Type:

☒ Citation      □ Precept to Serve / Notice of Hearing/Notice to Show Cause

□ Temporary Restraining Order
□ Application for Protective Order / Temporary (Ex Parte) Protective Order
□ Notice of Registration of Foreign Judgment   □ Citation by Posting

□ Writ of_____      □ Other_____

□Citation by Publication*- Newspaper: _____

☒Check box if you would like the District Clerk's Office to make copies for your service. ($1.00 per page
per pleading for copies for service)

Section 3:
Title of Document/Pleading to be attached for service:__Plaintiff's Original Petition,
Demand for Jury, and Written Discovery

Note: You must furnish <u>one copy</u> of the document/pleading for <u>each</u> party served.

Section 4: PARTIES TO BE SERVED (Please type or print):

1.Name:_Property and Casualty Insurance Company of Hartford Through CT Corporation System

   Address: _1999 Bryant Street, Ste. 900_____

   City:_Dallas_____  State:_Texas_____  Zip:_75201_____

2.Name:_____

   Address: _____

   City:_____  State:_____  Zip:_____


I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
Jamie Smith Page 1 of 2

3. Name:_____

Address:_____

City:_____ State:_____ Zip:_____

4. Name:_____

Address: _____

City:_____ State:_____ Zip:_____

5. Name:_____

Address: _____

City:_____ State:_____ Zip:_____

Section 5

## Check Service Type:

☐   No Service                    ☐   Secretary of State

☐   Sheriff                       ☐   Commissioner of Insurance

☐   Constable Pct.                ☐   Out of County

☐   Out of State                  ☐   Private Process   ☐Other

☒   Certified Mail

Section 6 (ONLY if Section 7 does not apply)

**Attorney Name:** Thomas M. Furlow

**Address:** 1032 Central Parkway S.

| San Antonio | Street/P.O. Box Texas | 78232 |
|---|---|---|
| City | State | Zip |

Attorney's Telephone No. 210-910-4501   Attorney's Bar No. 00784093

Section 7 (ONLY if Section 6 does not apply)

**Pro-Se Name:**_____

Address: _____

| | | |
|---|---|---|
| City | State | Zip |

Telephone No. _____

Section 8

## Check Delivery Type:

☐  Hold for pick up    ☒  Mail to Attorney

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
September 11, 2019
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**September 11, 2019**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 2107032 Total Pages: 2

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

Citation by Mailing

# THE STATE OF TEXAS

## No. E-0204314

## GENE R MESSER
## VS. PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR

# CITATION BY MAILING

# 172nd JUDICIAL DISTRICT COURT
# of JEFFERSON COUNTY, TEXAS

To: **PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR**
**BY SERVING THROUGH ITS REG AGENT CT CORPORATION SYSTEM**

by serving at:
**1999 BRYAN STREET**
**SUITE 900**
**DALLAS, TX     75201 0000**

**DEFENDANT:**

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to:  District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 172nd District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 20th day of August, 2019. It bears cause number E-0204314 and is styled:

Plaintiff:

**GENE R MESSER**

VS.

**PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR**

Defendant:

The name and address of the attorney for plaintiff (or plaintiff, if pro se) is:

**FURLOW, THOMAS M, Atty.**
**9311 SAN PEDRO, SUITE 900**
**SAN ANTONIO, TX   78216 4466**

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) **DEMAND FOR JURY, AND WRITTEN DISCOVERY**  accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 20th day of August, 2019.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

BY _Valencia Simpson_ Deputy

**I CERTIFY THIS IS A TRUE COPY**
**Witness my Hand and Seal of Office**

**September 11, 2019**

**JAMIE SMITH, DISTRICT CLERK**
**JEFFERSON COUNTY, TEXAS**

Jamie Smith Page 1 of 4

Valencia

## RETURN OF SERVICE

E-0204314          172nd JUDICIAL DISTRICT COURT

GENE R MESSER

PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant **Property and Casualty**, on the **26th** day of **Aug**, 20**19**. **Insurance Company of Hartfor**

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**
PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR
BY SERVING THROUGH ITS REG AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET
SUITE 900
DALLAS, TX 75201 0000

### OFFICER'S RETURN

Came to hand on the **30th** day of **August**, 20**19**, at **9:45**, o'clock **a**.m., and executed in **Jefferson**, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation by Mailing at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| Property and Casualty Insurance Co. of Hartfor | 8/26/19 | 1999 Bryan St. Suite 900 Dallas, TX 75201 |

And not executed as to the defendant(s),

The diligence used in finding said defendant(s) being:
**Certified Mail**

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

**FEES:**

Serving Petition and Copy $ **70**

Total          $_____

*Jamie Smith*, Officer
_____, County, Texas

By: *D. Fontenot*, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is
          (First, Middle, Last)

_____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*

Page 2 of 4



JAMIE SMITH
DISTRICT CLERK'S OFFICE
1085 PEARL ST RM 203
BEAUMONT, TX 77701-3545

**9214 8901 0661 5400 0141 6400 93**

**RETURN RECEIPT (ELECTRONIC)**

PROPERTY AND CASUALTY INSURANCE COMPANY OF
HARTFORD
BY SERVING ITS REGISTERED AGENT CT CORPORATION
SYSTEM
1999 BRYAN ST STE 900
**DALLAS, TX 75201-3140**

......................................................... CUT / FOLD HERE .........................................................

Zone 3

......................................................... 6"X9" ENVELOPE .........................................................
CUT / FOLD HERE

......................................................... CUT / FOLD HERE .........................................................



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith* Page 3 of 4

at 9:45 **FILED** o'clock _____ a _____ M

AUG 30 2019

JAMIE SMITH, DISTRICT CLERK
Jefferson County, Texas
BY _D. Fontenot_ DEPUTY



**UNITED STATES
POSTAL SERVICE.**

Date Produced: 08/27/2019

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 0661 5400 0141 6400 93. Our records indicate that this item was delivered on 08/26/2019 at 09:50 a.m. in DALLAS, TX 75201. The scanned image of the recipient information is provided below.

Signature of Recipient :

nature
X

ried
me   Chris Wells

Address of Recipient :

Avery
dress   C.T. Corp.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 9214890106615400141640093

PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 Bryan St Ste 900
Dallas, TX  75201-3140

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 4 of 4



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**September 11, 2019**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith

Certified Document Number: 2110871 Total Pages: 4

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated  documents are valid. If there is a question regarding the validity of this document and or seal   please e-mail districtclerk@co.jefferson.tx.us**

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
8/20/2019 12:09 PM
JAMIE SMITH
DISTRICT CLERK
E-204314

## CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* _____    **COURT** *(FOR CLERK USE ONLY):* _____

**STYLED** Gene Messer v Property and Casualty Insurance of Hartford

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: <br><br>Thomas M. Furlow | Email: <br><br>tfurlow@furlowlawfirm.com | Plaintiff(s)/Petitioner(s): <br><br>Gene Messer | ☒Attorney for Plaintiff/Petitioner<br>☐Pro Se Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| Address: <br><br>1032 Central Parkway South | Telephone: <br><br>210-910-4501 | | Additional Parties in Child Support Case: |
| City/State/Zip: <br><br>SA, TX 78232 | Fax: <br><br>210-910-4513 | Defendant(s)/Respondent(s): <br><br>Property and Casualty <br>Insurance of Hartford | Custodial Parent: <br><br> Non-Custodial Parent: |
| Signature: | State Bar No: <br><br>00784093 | [Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | | Family Law | |
|---|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☒Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>　☐Accounting<br>　☐Legal<br>　☐Medical | ☐Eminent Domain/<br>　Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>　☐With Children<br>　☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other |
| *Foreclosure*<br>☐Home Equity--Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | 　☐Other Professional<br>　Liability:<br><br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>　☐Asbestos/Silica<br>　☐Other Product Liability<br>　　List Product:<br><br>☐Other Injury or Damage: | **Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>　Pre-indictment<br>☐Other: _____ | | **Other Family Law**<br>☐Enforce Foreign<br>　Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>　of Minority<br>☐Other: | **Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>　Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>　Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>　Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: _____ | | | |

| Tax | Probate & Mental Health | | |
|---|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**
☒Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☐Over $1,000,000

I CERTIFY THIS IS A TRUE COPY
Witness my hand and the Seal of Office
September 11, 2019
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith

Rev 2/13

Page 1 of 1



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**September 11, 2019**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith

Certified Document Number: 2107031 Total Pages: 1

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

```
                 RECEIPT FOR: FEES                        E-FILING
Cause No: E-0204314        Date:  8/20/19       Receipt No:  456742
  Style:  GENE R MESSER
         vs PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFOR

  Paid By: FURLOW, THOMAS M                              P
  Amt Paid:       398.00 EFILE036111404-0   Bal Due:

   10.00      RECORDS MANAGEMENT       10.00    COURT RECORD PRESERVATIO
   10.00      RECORDS ARCHIVE FEE       5.00    SECURITY OF COURTS AND J
   50.00      COUNTY FILING FEE        13.00    COPIES
   50.00      STATE FILING FEE         40.00    JURY
   10.00      LIBRARY FEE
   15.00      MEDIATION CENTER FEE
   15.00      STENO
    5.00      SECURITY FEE
   10.00      INDIGENT FEE
   42.00      JUDICIAL SUPPORT
    5.00      APPELLATE JUDICIAL SYSTE
   30.00      ELECTRONIC FILING FEE
```

               JAMIE SMITH, CLERK DISTRICT COURTS
                    Jefferson County, Texas


                              By:  _____
   _____       ODBC          Deputy



**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

**September 11, 2019**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 1 of 1

 I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**September 11, 2019**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*

Certified Document Number: 2107033 Total Pages: 1

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

# CIVIL DOCKET, DISTRICT COURT

CASE NO. E-0204314-

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING | |
|---|---|---|---|---|---|
| | MESSER, GENE R | FURLOW, THOMAS M PLFT | CONSUMER/COMMERCIAL | 8/20/2019 | |
| E-0204314- | VS | NO ATTORNEY AT THIS TIME DEFT | DISPOSITION DATE | JURY FEE | DATE |
| | PROPERTY AND CASUALTY INSURANCE COMPAN | | | 40.00 | 8/20/19 |

| DATE OF ORDERS | ORDERS OF THE COURT | PROCESS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

September 11, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith Page 1 of 1



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**September 11, 2019**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith

Certified Document Number: 2117947 Total Pages: 1

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**